**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
☐ Eastern (Jackson)   DIVISION
☐ Western(Memphis) DIVISION

RECE...

APR 17 2024

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

MYRON FREEMAN                          )
                                       )
        Plaintiff,                     )
                                       )
vs.                                    )          No. _____
                                       )
OZARK motor LiNE                       )
                                       )
        Defendant.                     )


**COMPLAINT**


1.    This action is brought for discrimination in employment pursuant to *(check only those that apply)*:


☐          Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub. L. No. 102-166) (race, color, gender, religion, national origin).
           *NOTE: In order to bring a suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

☒          Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 – 634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub. L. No. 92-592, the Civil Rights Act of 1991, Pub. L. No. 102 -166)
           *NOTE: In order to bring a suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

☐          Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 – 12117 (amended by the ADA Amendments Acts of 2008, Pub. L. No. 110-325 and the Civil Rights Act of 1991, Pub. L. No. 1102-166).
           *NOTE: In order to bring a suit in federal district court under the Americans with Disabilities Act, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

## JURISDICTION

2.      Jurisdiction is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub. L. No. 102-166, and any related claims under Tennessee law.

## PARTIES

3.      Plaintiff resides at:

1021   Alcy RD
STREET ADDRESS

Shelby         , TENNESSEE , 38106      , 901-864-6538
County           State           Zip Code        Telephone Number

4.      Defendant(s) resides at, or its business is located at:

3934   Home WooD RD
STREET ADDRESS

Shelby         , MEmphis , TENNESSEE , 38181      .
County           City           State           Zip Code

NOTE: If more than one defendant, you must list the names, address of each additional defendant.

PAtRicK LANdREth     OzARK motoR LiNE
                     3934 HomEWooD RD.

GAbE PRECiANCE       OzARK moter LiNE
                     3934 HomEWooD RD.

5.      The address at which I sought employment or was employed by the defendant(s) is:

OZARK motoR LiNE 3934 HomEWooD RD TENNESSEE memphis 38181

STREET ADDRESS

_____, _____, _____, _____.
County          City          State          Zip Code

6.    The discriminatory conduct of which I complain in this action includes *(check only those that apply)*

☐    Failure to hire

☒    Termination of my employment

☐    Failure to promote

☐    Failure to accommodate my disability

☐    Unequal terms and conditions of my employment

☐    Retaliation

☐    Other acts*(specify)*:_____

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

7.    It is my best recollection that the alleged discriminatory acts occurred on:
      7/12/23                                                          .
      Date(s)

8.    I believe that the defendant(s) *(check one)*:

☐    is still committing these acts against me.

☐    is not still committing these acts against me.

9.    Defendant(s) discriminated against me based on my:
      *(check only those that apply and state the basis for the discrimination. For example, if religious discrimination is alleged, state your religion. If racial discrimination is alleged, state your race, etc.)*

3

*charge filed with the Equal Employment Opportunity Commission or the Tennessee Human Rights Commission.*

11.   It is my best recollection that I filed a charge with the Tennessee Human Rights Commission regarding defendant's alleged discriminatory conduct on:_____

12.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct on:_4/28/2023_
      Date

**Only litigants alleging age discrimination must answer Question #13.**

13.   Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct. *(check one):*

      ☐   60 days or more have elapsed

      ☐   Less than 60 days have elapsed.

14.   The Equal Employment Opportunity Commission *(check one):*

      ☐   has **not** issued a Right to Sue Letter.

      ☒   has issued a Right to Sue letter, which I **received** on __3/11/2024__
          Date

***NOTE:*** *This is the date you received the Right to Sue letter, not the date the Equal Employment Opportunity Commission issued the Right to Sue letter.*   3/11/2024

15.   Attach a copy of the Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.

***NOTE:*** *You must attach a copy of the right to sue letter from the Equal Employment Opportunity Commission.*

16.   I would like to have my case tried by a jury:

      ☐   Yes

      ☐   No

5

**WHEREFORE,** plaintiff prays that the Court grant the following relief:

☐ direct that the Defendant employ Plaintiff, or

☒ direct that Defendant re-employ Plaintiff, or

☐ direct that Defendant promote Plaintiff, or

☐ order other equitable or injunctive relief as follows: _REhiREd._
_REinStAtEmENt to my poSition /And SENioRity_
_ANd RAtE of PAY._

☒ direct that Defendant pay Plaintiff back pay in the amount of _____ and interest on back pay;

☐ direct that Defendant pay Plaintiff compensatory damages: Specify the amount and basis for compensatory damages: _APRil 2023_

_APRil 2024. $38,400.00_

_Myron Freeman_
SIGNATURE OF PLAINTIFF

Date: _4/17/2024_

_1021 Alcy RD._
Address

_MEmphiS TENNESSEE_

_901-864-6538_
Phone Number

6